**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1621**

JOHN KING,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Walter D. Kelley, District Judge.  (4:08-cv-00026-WDK-FBS)

Submitted:  June 26, 2008                    Decided:  July 1, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

John King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John King seeks to appeal the district court's order dismissing without prejudice his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. King v. United States, No. 4:08-cv-00026-WDK-FBS (E.D. Va. Mar. 11, 2008; Apr. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED